In the Matter of the Appraisal under the Transfer Tax Act of the Estate of JOSEPH STICKNEY, Deceased.

CAROLINE F. STICKNEY et al., as Executors, Appellants; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

(Submitted June 4, 1906; decided June 12, 1906.)

Motion for reargument denied, with ten dollars costs. (See 185 N. Y. 107.)

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM B. GILHOOLY, Appellant, *v.* WILLIAM McADOO, as Police Commissioner of the City of New York, Respondent.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK C. STONEY, Appellant, *v.* WILLIAM McADOO, as Police Commissioner of the City of New York, Respondent.

(Submitted June 4, 1906; decided June 12, 1906.)

Motion for re-argument denied, with ten dollars costs. (See 185 N. Y. 537.)